# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2622

_____

Ollie M. Hollman,                          *
                                           *
      Appellant,                    *
                                           *
                                           *   Appeal from the United States
    v.                              *   District Court for the Eastern
                                           *   District of Missouri.
                                           *
Teamsters Local 682,                       *
                                           *   [UNPUBLISHED]
      Appellee.                     *

_____

Submitted: April 7, 2010
Filed: April 13, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.


Ollie M. Hollman appeals the district court's[1] grant of Teamsters Local 682's motion for summary judgment. Having carefully reviewed the record de novo, see Gordon v. Shafer Contracting Co., 469 F.3d 1191, 1194 (8th Cir. 2006), we find no basis for reversal. Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B. We also grant appellee's motion to strike appellant's addendum, and we deny appellant's motion to file an affidavit.

_____

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.